| Form **668(Y)CM** (Rev. June 1994) | DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION<br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**<br>**NOTICE OF TAX LIEN UNDER CNMI TAX LAWS** |
|---|---|

| District **Saipan** | Serial Number **20080007TLM** | **For Optional Use by Recording office** |
|---|---|---|

As provided by 4 CMC §1811 and Sections 6321, 6322, and 6323 of the Northern Marianas Territorial Income Tax and 4 CMC §1701 et.seq., notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Commonwealth of the Northern Mariana Islands on all property and rights to property belonging to the taxpayer for the amount of these taxes and any additional penalties, interest, and costs that may accrue.

MC 08 - 00008
FILE NO. 08-3/3
Date: 2/14/08 Time: 8:52
BooK: 14 Page: 88

FILED
Commonwealth Recorder Clerk
District Court
FEB 14 2008
For The Northern Mariana Islands
By
(Deputy Clerk)

Name of Taxpayer
**CP (Central Pacific) Corporation**

Residence
**P.O. Box 501801, Saipan, MP 96950**

**IMPORTANT RELEASE INFORMATION:** With respect to each NMTIT assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in NMTIT 6325(a).

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day of Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| OS-3105G | 03/31/2003 | 99-3003496 | 07/29/2003 | 08/28/2013 | 357.15 |
| " | 06/30/2003 | " | 08/07/2003 | 09/06/2013 | 366.72 |
| " | 03/31/2005 | " | 08/16/2005 | 09/15/2015 | 610.53 |
| " | 12/31/2005 | " | 03/02/2006 | 04/01/2016 | 473.60 |
| " | 03/31/2006 | " | 06/13/2006 | 07/13/2016 | 232.94 |
| " | 06/30/2006 | " | 09/11/2006 | 10/11/2016 | 223.64 |
| " | 09/30/2006 | " | 05/11/2007 | 06/10/2017 | 145.05 |
| " | 12/31/2006 | " | " | " | 54.98 |
| OS-3705 | 03/31/2006 | " | 06/13/2006 | 07/13/2016 | 227.62 |
| " | 06/30/2006 | " | 09/11/2006 | 10/11/2016 | 264.33 |
| " | 09/30/2006 | " | 12/18/2006 | 01/17/2016 | 213.77 |
| " | 12/31/2006 | " | 03/15/2007 | 04/14/2017 | 105.56 |
| | | | | | |

| Place of Filing: CNMI Superior Court<br>U.S. District Court | Total | $ 3,275.89 |
|---|---|---|

This notice was prepared and signed at _Division of Revenue and Taxation_, on this, the __12th__ day of **February**, **2008.**

Signature: _Estrellita S. Ada_ 2/13/08 2/12/08    Title: Director, Division of Revenue & Taxation

On this __13th__ day of _February_, 20 _08_, before me a Notary Public of the CNMI, personally appeared the above signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public

FRANCES T. ADA
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: 9/12/08
Commission Expires:
P.O. Box 503881
Saipan, MP 96950-3881
Form **668(Y)CM** (Rev. 6-94)